# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KEITH E. DICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.1:14-CV-0011-SNLJ |
| | ) | |
| GINA COOK, et al., | ) | |
| | ) | |
| Defendants.. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of this matter. Plaintiff has failed to sign his complaint, and he has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a financial affidavit. See 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff his complaint so that he may sign it and return it to the Court. Plaintiff shall return the signed complaint to this Court within thirty (30) days of the date of this Memorandum and Order.

**IT IS FURTHER ORDERED** that the Clerk shall also mail to plaintiff a copy of the Court's form Motion to Proceed In Forma Pauperis – Non Prisoner along with a CJA 23 Financial Affidavit.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis, along with the CJA 23 Financial Affidavit, within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 3rd day of February, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE